**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TSURT, LLC and PEARL JAM, LLC, </br></br>    Plaintiffs, </br></br> v. </br></br> VARIOUS JOHN DOES, JANE DOES, and ABC COMPANIES </br></br>    Defendants. | CIVIL CASE NO. </br></br> **NOTICE OF PARTIES WITH FINANCIAL INTEREST** </br> (**RULE 7.1 STATEMENT**) |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney for Plaintiffs (private non-governmental parties) certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

Dated:   September 2, 2024
            Culver City, CA

                                        Respectfully Submitted,

                        BY:    s/Kenneth A. Feinswog
                                 Kenneth A. Feinswog
                                 Attorney for Plaintiffs
                                 400 Corporate Pointe, Suite 300
                                 Culver City, CA  90230
                                 Telephone:  (310) 846-5800
                                 Email: kfeinswog@gmail.com

1