**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TSURT, LLC and PEARL JAM, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VARIOUS JOHN DOES, JANE DOES,<br>and ABC COMPANIES<br><br>　　　　　Defendants. | CIVIL CASE NO. 24 Civ. 6616<br><br>**DECLARATION OF KENNETH A. FEINSWOG IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, KENNETH A. FEINSWOG, declare:

1. I am the attorney for Plaintiffs and I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. I have attached Declarations of Service of the Temporary Restraining Order regarding service on Defendants at the Pearl Jam concerts in New York, New York, Philadelphia, Pennsylvania and Baltimore, Maryland.

3. I have attached as Exhibit B a picture of a shirt seized at the Pearl Jam concert in New York, New York on September 3, 2024.

4. I have attached as Exhibit C a picture of a shirt seized at the Pearl Jam concert in Philadelphia, Pennsylvania on September 9, 2024.

5.  I have attached as Exhibit D a picture of a shirt seized at the Pearl Jam concert in Baltimore, Maryland on September 12, 2024.

6.  Plaintiffs respectfully request that the Court grant the Preliminary Injunction.

Executed on this 15th day of September, 2024 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

s/ Kenneth A. Feinswog<br>
Kenneth A. Feinswog