# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | )  |
| --- | --- |
|  | ) CIVIL CASE NO. 24 Civ. 6616 |
| TSURT, LLC and PEARL JAM, LLC, | ) |
|  | ) |
| Plaintiffs, | ) **DECLARATION OF SERVICE** |
|  | ) |
| v. | ) |
|  | ) |
| VARIOUS JOHN DOES, JANE DOES and | ) |
| ABC COMPANIES | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

_James Gillespie_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at _120 Canton ct._ _Brooklyn, N.Y._ (Address of Server) and that on September _4_, 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: _John Doe_ (Name of Party Served) at or around the _Madison Square Garden_ (Place of Service) by delivery of true copies thereof personally to that person and seized _9_ t-shirts from that person.

Executed at _New York_, _N.Y._ on the _4_ day of September, 2024.
   (City)      (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
SIGNATURE OF SERVER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TSURT, LLC and PEARL JAM, LLC, | ) CIVIL CASE NO. 24 Civ. 6616 |

TSURT, LLC and PEARL JAM, LLC,

                Plaintiffs,

       v.

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES

                Defendants.

**DECLARATION OF SERVICE**

_Steve Salles_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at _120 Clinton Ct._ _Brooklyn, NY_ (Address of Server) and that on September _4_, 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: _John Doe_ (Name of Party Served) at or around the _Madison Square Garden_ (Place of Service) by delivery of true copies thereof personally to that person and seized _7_ t-shirts from that person.

Executed at _New York_, _N.Y._ on the _4_ day of September, 2024.
           (City)       (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                               SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CIVIL CASE NO. 24 Civ. 6616

TSURT, LLC and PEARL JAM, LLC,

              Plaintiffs,

**DECLARATION OF SERVICE**

      v.

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES

              Defendants.

_____

_Pat Connolly_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at _180 Canton Ct._ _Brooklyn, N.Y._ (Address of Server) and that on September _4_, 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: _John Doe_ (Name of Party Served) at or around the _Madison Square Garden_ (Place of Service) by delivery of true copies thereof personally to that person and seized _9_ t-shirts from that person.

Executed at _New York_, _N.Y._ on the _4_ day of September, 2024.
           (City)             (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CIVIL CASE NO. 24 Civ. 6616

TSURT, LLC and PEARL JAM, LLC,

Plaintiffs,

v.

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES

Defendants.

_____

**DECLARATION OF SERVICE**

JOE PERRY _____ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at 120 Canton Ct Brooklyn, N.Y. _____ (Address of Server) and that on September 4, 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: John Doe _____ (Name of Party Served) at or around the Madison Square Garden _____ (Place of Service) by delivery of true copies thereof personally to that person and seized 7 t-shirts from that person.

Executed at New York , N.Y on the 4 day of September, 2024.
          (City)        (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | ) | CIVIL CASE NO. 24 Civ. 6616 |
|---|---|---|
| TSURT, LLC and PEARL JAM, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| VARIOUS JOHN DOES, JANE DOES and | ) | |
| ABC COMPANIES | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_James Gillespie_ (Name of Server) declares that he/she is not a

party to this action, is over the age of 18 years, and resides at _120 Cantor Ct._

_Brooklyn, NY_ (Address of Server) and that on September _4_, 2024,

he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-

referenced action on: _John Doe_ (Name of Party Served) at or around

the _Madison Square Garden_ (Place of Service) by delivery of true copies

thereof personally to that person and seized _12_ t-shirts from that person.

Executed at _New York_, _N.Y._ on the _4_ day of September, 2024.
                  (City)              (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

correct.

SIGNATURE OF SERVER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TSURT, LLC and PEARL JAM, LLC, | ) CIVIL CASE NO. 24 Civ. 6616 |
| Plaintiffs, | ) **DECLARATION OF SERVICE** |
| v. | ) |
| VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES | ) |
| Defendants. | ) |

_JOE PERRY_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at _120 Canton Ct_ _Brooklyn, N.Y._ (Address of Server) and that on September _4_, 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: _JOHN DOE_ (Name of Party Served) at or around the _Madison Square Garden_ (Place of Service) by delivery of true copies thereof personally to that person and seized _13_ t-shirts from that person.

Executed at _New York_, _N.Y._ on the _4_ day of September, 2024.
        (City)              (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| | ) CIVIL CASE NO. 24 Civ. 6616 |
| | ) |
| TSURT, LLC and PEARL JAM, LLC, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) **DECLARATION OF SERVICE** |
| | ) |
| v. | ) |
| | ) |
| VARIOUS JOHN DOES, JANE DOES and | ) |
| ABC COMPANIES | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

_JOE  PERRY_____ (Name of Server) declares that he/she is not a

party to this action, is over the age of 18 years, and resides at _120 Canton Ct._

_Brooklyn  N.Y._____ (Address of Server) and that on September _4_, 2024,

he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-

referenced action on: _JOHN DOE_____ (Name of Party Served) at or around

the _Madison Square Garden_ (Place of Service) by delivery of true copies

thereof personally to that person and seized _19_ t-shirts from that person.

Executed at _New York_, _N.Y._ on the _4_ day of September, 2024.
           (City)       (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

correct.

_____
SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TSURT, LLC and PEARL JAM, LLC, | ) CIVIL CASE NO. 24 Civ. 6616 |
| | ) |
| Plaintiffs, | ) **DECLARATION OF SERVICE** |
| | ) |
| v. | ) |
| | ) |
| VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES | ) |
| | ) |
| Defendants. | ) |

JOE PERRY _____ (Name of Server) declares that he/she is not a

party to this action, is over the age of 18 years, and resides at _120 CANTON C.t._

_Brooklyn, N.Y._ _____ (Address of Server) and that on September _3_ , 2024,

he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-

referenced action on: _JOHN DOE_ _____ (Name of Party Served) at or around

the _Madison Square Garden_ (Place of Service) by delivery of true copies

thereof personally to that person and seized _13_ t-shirts from that person.

Executed at _New York_ , _N.Y._ on the _3_ day of September, 2024.
   (City)    (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

correct.

_____
SIGNATURE OF SERVER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| | )    **CIVIL CASE NO. 24 Civ. 6616** |
| TSURT, LLC and PEARL JAM, LLC, | ) |
| | ) |
| Plaintiffs, | )    <u>**DECLARATION OF SERVICE**</u> |
| v. | ) |
| VARIOUS JOHN DOES, JANE DOES and | ) |
| ABC COMPANIES | ) |
| Defendants. | ) |
| | ) |

_James Gillespie_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at _120 Canton C/_ _Brooklyn N.Y._ (Address of Server) and that on September _3_, 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: _John Doe_ (Name of Party Served) at or around the _Madison Square Garden_ (Place of Service) by delivery of true copies thereof personally to that person and seized _6_ t-shirts from that person.

Executed at _New York_, _N.Y._ on the _3_ day of September, 2024.
    (City)       (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| | ) CIVIL CASE NO. 24 Civ. 6616 |
| | ) |
| TSURT, LLC and PEARL JAM, LLC, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) **DECLARATION OF SERVICE** |
| | ) |
| v. | ) |
| | ) |
| VARIOUS JOHN DOES, JANE DOES and | ) |
| ABC COMPANIES | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

_Steve Salles_ (Name of Server) declares that he/she is not a

party to this action, is over the age of 18 years, and resides at _120 Clinton Court_

_Brooklyn N.Y._ (Address of Server) and that on September _3_, 2024,

he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-

referenced action on: _John Doe_ (Name of Party Served) at or around

the _Madison Square Garden_ (Place of Service) by delivery of true copies

thereof personally to that person and seized _14_ t-shirts from that person.

Executed at _New York_ , _N.Y._ on the _3_ day of September, 2024.
　　　　　　　　　(City)　　　　　　　　(State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

correct.

_[signature]_
SIGNATURE OF SERVER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TSURT, LLC and PEARL JAM, LLC, | ) CIVIL CASE NO. 24 Civ. 6616 |
| | ) |
| | ) |
| Plaintiffs, | ) **DECLARATION OF SERVICE** |
| | ) |
| v. | ) |
| | ) |
| VARIOUS JOHN DOES, JANE DOES and | ) |
| ABC COMPANIES | ) |
| | ) |
| Defendants. | ) |
| | ) |

_James Gillespie_ (Name of Server) declares that he/she is not a

party to this action, is over the age of 18 years, and resides at _120 Canton Ct._

_Brooklyn  N.Y._    (Address of Server) and that on September _3_ , 2024,

he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-

referenced action on: _John Doe_ (Name of Party Served) at or around

the _Madison Square Garden_ (Place of Service) by delivery of true copies

thereof personally to that person and seized _16_ t-shirts from that person.

Executed at _New York_ , _N.Y._ on the _3_ day of September, 2024.
                  (City)              (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

correct.

_____
SIGNATURE OF SERVER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| | ) **CIVIL CASE NO. 24 Civ. 6616** |
| | ) |
| TSURT, LLC and PEARL JAM, LLC, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) **DECLARATION OF SERVICE** |
| | ) |
| v. | ) |
| | ) |
| VARIOUS JOHN DOES, JANE DOES and | ) |
| ABC COMPANIES | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

_____ JOE PERRY _____ (Name of Server) declares that he/she is not a

party to this action, is over the age of 18 years, and resides at _120 Canton Ct_

_Brooklyn, N.Y._ (Address of Server) and that on September _3_, 2024,

he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-

referenced action on: _JOHN DOE_ (Name of Party Served) at or around

the _Madison Square Garden_ (Place of Service) by delivery of true copies

thereof personally to that person and seized _8_ t-shirts from that person.

Executed at _New York_ , _NY_ . on the _3_ day of September, 2024.
        (City)          (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

correct.

_____
SIGNATURE OF SERVER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TSURT, LLC and PEARL JAM, LLC, | ) **CIVIL CASE NO. 24 Civ. 6616** |
|  | ) |
| Plaintiffs, | ) **DECLARATION OF SERVICE** |
|  | ) |
| v. | ) |
|  | ) |
| VARIOUS JOHN DOES, JANE DOES and | ) |
| ABC COMPANIES | ) |
|  | ) |
| Defendants. | ) |

_____JOE PERRY_____ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at _120 Cawton Ct._ _Brooklyn, N.Y._ (Address of Server) and that on September _3_, 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: _John Doe_ (Name of Party Served) at or around the _Madison Square Garden_ (Place of Service) by delivery of true copies thereof personally to that person and seized _14_ t-shirts from that person.

Executed at _New York_, _N.Y._ on the _3_ day of September, 2024.
        (City)      (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
SIGNATURE OF SERVER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | ) CIVIL CASE NO. 24 Civ. 6616 |
| | ) |
| TSURT, LLC and PEARL JAM, LLC, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) **DECLARATION OF SERVICE** |
| | ) |
| v. | ) |
| | ) |
| VARIOUS JOHN DOES, JANE DOES and | ) |
| ABC COMPANIES | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

_JOE PERRY_ (Name of Server) declares that he/she is not a

party to this action, is over the age of 18 years, and resides at _120 Canton Ct._

_Brooklyn N.Y._ (Address of Server) and that on September _3_, 2024,

he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-

referenced action on: _JOHN DOE_ (Name of Party Served) at or around

the _Madison Square Garden_ (Place of Service) by delivery of true copies

thereof personally to that person and seized _8_ t-shirts from that person.

Executed at _New York_, _N.Y._ on the _3_ day of September, 2024.
          (City)          (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

correct.

_____
SIGNATURE OF SERVER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| | ) **CIVIL CASE NO. 24 Civ. 6616** |
| | ) |
| TSURT, LLC and PEARL JAM, LLC, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) **DECLARATION OF SERVICE** |
| | ) |
| v. | ) |
| | ) |
| VARIOUS JOHN DOES, JANE DOES and | ) |
| ABC COMPANIES | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

James Gillespie (Name of Server) declares that he/she is not a
party to this action, is over the age of 18 years, and resides at 120 Canton Ct.
Brooklyn, N.Y. (Address of Server) and that on September 3, 2024,
he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-
referenced action on: John Doe (Name of Party Served) at or around
the Madison Square Garden (Place of Service) by delivery of true copies
thereof personally to that person and seized 9 t-shirts from that person.

Executed at New York , N.Y. on the 3 day of September, 2024.
(City)    (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and
correct.

SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL CASE NO. 24 Civ. 6616

TSURT, LLC and PEARL JAM, LLC,

Plaintiffs,

v.

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES

Defendants.

**DECLARATION OF SERVICE**

_____John Sullivan_____ (Name of Server) declares that he/she is not a
party to this action, is over the age of 18 years, and resides at _3 N Columbus BLVD_
_Phila, PA. 19106_ (Address of Server) and that on September _9_, 2024,
he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-
referenced action on: _____John Doe_____ (Name of Party Served) at or around
the _Wells Fargo Center Phila PA_ (Place of Service) by delivery of true copies
thereof personally to that person and seized _7_ t-shirts from that person.

Executed at _Phila_, _PA_ on the _9_ day of September, 2024.
            (City)        (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and
correct.

SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TSURT, LLC and PEARL JAM, LLC,

          Plaintiffs,

v.

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES

          Defendants.

CIVIL CASE NO. 24 Civ. 6616

**DECLARATION OF SERVICE**

_John Sullivan_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at _3 N Columbus BLVD_ _Phila, Pa. 19106_ (Address of Server) and that on September _9_, 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on _John Doe_ (Name of Party Served) at or around the _Wells Fargo Center Phila Pa_ (Place of Service) by delivery of true copies thereof personally to that person and seized _14_ t-shirts from that person.

Executed at _Phila_ (City), _Pa_ (State) on the _9_ day of September, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ )    **CIVIL CASE NO. 24 Civ. 6616**
                                  )
TSURT, LLC and PEARL JAM, LLC,    )
                                  )
              Plaintiffs,         )    **DECLARATION OF SERVICE**
                                  )
       v.                         )
                                  )
VARIOUS JOHN DOES, JANE DOES and  )
ABC COMPANIES                     )
                                  )
              Defendants.         )
_____ )

_BrAin Lenhy_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at _7714 Bradford St_ _Philn Pa 19152_ (Address of Server) and that on September _9_, 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: _Jole Doe_ (Name of Party Served) at or around the _Wells Fargo Center Phila PA_ (Place of Service) by delivery of true copies thereof personally to that person and seized _12_ t-shirts from that person.

Executed at _Phila_, _Pa_ on the _9_ day of September, 2024.
         (City)        (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL CASE NO. 24 Civ. 6616

TSURT, LLC and PEARL JAM, LLC,

Plaintiffs,

v.

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES

Defendants.

DECLARATION OF SERVICE

BrAin LenhY (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at 7714 Bradford St Philn Pa 19152 (Address of Server) and that on September 9, 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: Joln Doe (Name of Party Served) at or around the Wells Fargo Center Phila Pa (Place of Service) by delivery of true copies thereof personally to that person and seized 12 t-shirts from that person.

Executed at Phila , Pa on the 9 day of September, 2024.
(City)         (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ )   CIVIL CASE NO. 24 Civ. 6616
                                 )
TSURT, LLC and PEARL JAM, LLC,   )
                                 )
                    Plaintiffs,  )   DECLARATION OF SERVICE
                                 )
        v.                       )
                                 )
VARIOUS JOHN DOES, JANE DOES and )
ABC COMPANIES                    )
                                 )
                    Defendants.  )
_____ )

_____BrAin LenhY_____ (Name of Server) declares that he/she is not a

party to this action, is over the age of 18 years, and resides at 7714 Bradford St

Philm Pa 19152 (Address of Server) and that on September 9, 2024,

he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-

referenced action on: ___John Doe___ (Name of Party Served) at or around

the Wells Fargo Center Phila Pa (Place of Service) by delivery of true copies

thereof personally to that person and seized 10 t-shirts from that person.

Executed at Phila , Pa on the 9 day of September, 2024.
            (City)        (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

correct.

SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL CASE NO. 24 Civ. 6616

TSURT, LLC and PEARL JAM, LLC,

Plaintiffs,

v.

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES

Defendants.

**DECLARATION OF SERVICE**

_BRAIN  LENNY_ (Name of Server) declares that he/she is not a
party to this action, is over the age of 18 years, and resides at _7714 Bradford St_
_Phila Pa 19152_ (Address of Server) and that on September _9_, 2024,
he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-
referenced action on: _Joh Doe_ (Name of Party Served) at or around
the _Wells Fargo Center Phila Pa_ (Place of Service) by delivery of true copies
thereof personally to that person and seized _4_ t-shirts from that person.

Executed at _Phila_, _Pa_ on the _9_ day of September, 2024.
    (City)         (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and
correct.

SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL CASE NO. 24 Civ. 6616

TSURT, LLC and PEARL JAM, LLC,

　　　　　Plaintiffs,

v.

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES

　　　　　Defendants.

**DECLARATION OF SERVICE**

_John Mechon_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at _5938 Rench St._ _ThiLm Pa 19128_ (Address of Server) and that on September _9_, 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: _John Doe_ (Name of Party Served) at or around the _Wells Fargo center PhilDm Pa_ (Place of Service) by delivery of true copies thereof personally to that person and seized __||__ t-shirts from that person.

Executed at _PhilP_ (City), _PA_ (State) on the _9_ day of September, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                               **CIVIL CASE NO. 24 Civ. 6616**

)
)
)

TSURT, LLC and PEARL JAM, LLC,

                     Plaintiffs,

                     **DECLARATION OF SERVICE**

v.

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES

                     Defendants.

_Joseph McGweeney_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at _12837 Whisper Trace c._ _Ocean City, Md 21842_ (Address of Server) and that on September _12_ 2024, he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: _John Doe_ (Name of Party Served) at or around the _201 W Baltimore St Balt Md_ _CFG Arena_ _21201_ (Place of Service) by delivery of true copies thereof personally to that person and seized _11_ t-shirts from that person.

Executed at _Baltimore_ _Md_ on the _12th_ day of September, 2024.
             (City)         (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_Joseph McGweeney_
SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

                                                    )    CIVIL CASE NO. 24 Civ. 6616
                                                    )
TSURT, LLC and PEARL JAM, LLC,                      )
                                                    )
              Plaintiffs,                           )    **DECLARATION OF SERVICE**
                                                    )
        v.                                          )
                                                    )
VARIOUS JOHN DOES, JANE DOES and                    )
ABC COMPANIES                                       )
                                                    )
              Defendants.                           )
                                                    )
_____          )

_Joseph McGweeney_ (Name of Server) declares that he/she is not a

party to this action, is over the age of 18 years, and resides at _12837 Whisper Trace b._

_Ocean City, Md 21842_ (Address of Server) and that on September _12_ 2024,

he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-

referenced action on: _John Doe_ (Name of Party Served) at or around

the _201 W Baltimore St  Balt, Md_ (Place of Service) by delivery of true copies
_CFG Arena_                  _21201_

thereof personally to that person and seized _12_ t-shirts from that person.

Executed at _Baltimore_ _Md_ on the _12th_ day of September, 2024.
              (City)      (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

correct.

_Joseph McGweeney_
SIGNATURE OF SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                         )     **CIVIL CASE NO. 24 Civ. 6616**

TSURT, LLC and PEARL JAM, LLC,     )

                                Plaintiffs,     )     **DECLARATION OF SERVICE**

               v.                   )

VARIOUS JOHN DOES, JANE DOES and     )
ABC COMPANIES                         )

                             Defendants.     )

                                           )

_Joseph McQueeney_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at _12837 Whisper Trace_ _Ocean City, Md 21842_ (Address of Server) and that on September _12_ 2024,

he/she served the Complaint, Temporary Restraining Order and Order of Seizure in the above-referenced action on: _John Doe_ (Name of Party Served) at or around the _CFG Arena_ _201 W Baltimore St BALT MD_ (Place of Service) by delivery of true copies

thereof personally to that person and seized _21201_ _/5_ t-shirts from that person.

Executed at _Baltimore,_ _Md_ on the _12"_ day of September, 2024.
                     (City)            (State)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                 _Joseph McQueeney_
                                 SIGNATURE OF SERVER