# EXHIBIT B



# EXHIBIT C



# EXHIBIT D

