**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TSURT, LLC and PEARL JAM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> VARIOUS JOHN DOES, JANE DOES, and ABC COMPANIES <br><br> Defendants. | **CIVIL CASE NO.** <br> **24 Civ. 6616 (JPC)** <br><br><br> **[PROPOSED] ORDER TO** <br> **DISMISS WITHOUT PREJUDICE** |

Plaintiffs having moved to dismiss the above-referenced action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED that:

1. The above-referenced action is hereby dismissed without prejudice;

2. The Clerk of the Court is hereby directed to return the $5,000.00 cash bond to Plaintiff TSURT, LLC. c/o Plaintiffs' counsel, Kenneth A. Feinswog at 400 Corporate Pointe, Suite 300, Culver City, California 90230; and

1

3.  Plaintiffs are authorized to dispose of all merchandise seized from Defendants in the above-referenced action.

Dated: October 18, 2024

_____
**THE HONORABLE JOHN P. CRONAN**
**UNITED STATES DISTRICT JUDGE**