**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TSURT, LLC and PEARL JAM, LLC,

                        Plaintiffs,

    -against-                                24 **CIVIL** 6616 (JPC)

                                          **JUDGMENT**

VARIOUS JOHN DOES, JANE DOES,
and ABC COMPANIES

                       Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 18, 2024, the court dismisses the action without prejudice.

**Dated:** New York, New York

      October 23, 2024

                                                **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                       **BY:**     _/s/ Deputy Clerk_
                                              **Deputy Clerk**